# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name:  **Kenneth M. McAdams**                                          Case No.  **08-81291**

Appearances at First Meeting:   Charles Covey, Attorney for Ipava State Bank

## Plan Information

| | | |
|---|---|---|
| X  Plan | _____ Amended Plan | |

Plan Payment:  $500.00 Monthly

Plan Term:  60 Months    Plan Percentage:  3%

Priority Creditors:           12,417
Arrearage:                    10,000
Secured Creditors:
Special Unsecured:
General Unsecured:            1,583
Attorney Fee:                 3,000
Trustee Fee:                  3,000
Total Plan                   30,000

Wage Deduction:  ___ Yes   X  No

## Means Test Information

___ Above Median    X  Under Median
___ Income Verified
___ Form 22C approved by Trustee
___ Form 22C contested by Trustee
___ Income   ___ Standardized Deductions
___ Additional Expense Deductions   ___ Debt Payment
___ Amended Form 22C to be filed

Line 58 - Mo. Disposable Income:  $
Sixty Month Total:  $
Total Plan Distribution to
   Unsecured Creditors  $

Direct Payments:   Ipava State Bank - 1st Mortgage & vehicles

Other:

## Trustee Recommendations

___ Confirm plan as filed

___ Confirm plan with following changes:

___ Amended Plan to be filed within _____ Days

X  Request Confirmation Hearing

   *Feasibility*    *Best Interests of Creditors Test*    *Valuation of Collateral*

   *Excess Disposable Income*    X  *Other:*  Verification of B22C

___ Other: