IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| McADAMS, KENNETH | ) Bk. No. 08-81291 |
| | ) |
| Debtors. | ) Chapter 13 |

## MOTION TO MODIFY PLAN

NOW Comes the above-named Debtor by his attorney in this proceeding SUMNER A. BOURNE, and files this Motion to Modify Plan, and states as follows:

1. The Illinois Department of Revenue filed a claim for priority claim taxes, which the Debtor does not contest.

2. Debtor requests that his confirmed plan be modified to provide for full payment of the priority portion of this claim.

3. Debtor requests that his plan payment remain the same. This modification may therefore result in a reduction in the dividend to non-priority unsecured claimholders.

WHEREFORE, Debtor prays that the Court allow this motion to modify plan and for such further and other relief as is just.

SUMNER A. BOURNE
RAFOOL & BOURNE, P.C.
1600 Associated Bank Plaza
Peoria, IL  61602
Telephone: 309-673-5535                                       Respectfully Submitted


                                                              BY:   /s/ Sumner A. Bourne
                                                                    Attorney for Debtor

CERTIFICATE OF SERVICE

     The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court upon the following parties:

          Michael D. Clark

          U.S. Trustee


Rafool & Bourne, P.C.  
411 Hamilton, Suite 1600        BY:    /s/ Sumner A. Bourne  
Peoria, IL  61602  
Telephone: (309) 673-5535