IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| McADAMS, KENNETH | ) Bk. No. 08-81291 |
| | ) |
| Debtor. | ) Chapter 13 |

## OBJECTION TO CLAIM

Now comes the above-named Debtor, by his Attorneys, RAFOOL & BOURNE P.C., and hereby Objects to Claim #5 filed by the ILLINOIS DEPARTMENT OF REVENUE and states as follows.

Said claim seeks estimated amounts due for tax years 2003 and 2004. Debtor previously provided copies of said returns to the DEPARTMENT when requested, and they show amounts due of $101 for tax year 2003 and $641 for tax year 2004. Neither of these years would qualify for priority status.

WHEREFORE, the Debtors pray that an Order be entered allowing the claim as priority in the amount of $1,257.40 and non-priority in the amount of $742, denying the other amounts claimed, and for such further and other relief as is just.

                                        Respectfully Submitted,
                                        KENNETH McADAMS,

SUMNER A. BOURNE
Rafool & Bourne, P.C.
1600 Associated Bank Bldg.
411 Hamilton Blvd.
Peoria, IL  61602
Telephone: (309) 673-5535        BY:   /s/ Sumner A. Bourne
                                                              One of His Attorneys

<u>CERTIFICATE OF SERVICE</u>

     The undersigned certifies that this electronic document was served either electronically through the court's electronic mailing system pursuant to the notice generated by the court, or if not sent electronically then by either hand-delivering or depositing a printed copy into the United States mail at the mail chute located at 411 Hamilton Blvd., Peoria, Illinois, on December 8, 2008 with postage prepaid at the address listed on the creditor matrix, upon the following parties:

          Michael D. Clark

          U.S. Trustee

          Illinois Department of Revenue
          Attn: Sharity Woods
          100 W. Randolph Street, Level 7-400
          Chicago, IL  60601-3195

          Illinois Attorney General
          100 W. Randolph Street, Room 13-229
          Chicago, Illinois  60601


Rafool & Bourne, P.C.
411 Hamilton, Suite 1600        BY:   <u>/s/ Sumner A. Bourne</u>
Peoria, IL  61602
Telephone: (309) 673-5535