**IT IS SO ORDERED.**


**SIGNED THIS: April 21, 2009**


_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**
_____



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| McADAMS, KENNETH | ) | Bk.  No.  08-81291 |
| | ) | |
| Debtor. | ) | Chapter 13 |

ORDER MODIFYING CONFIRMED PLAN

UPON  motion of the Debtor, and after notice and hearing, the motion of the Debtor to

modify plan is allowed and the confirmed plan is modified to provide for full payment of the

allowed claim of the Illinois Department of Revenue.  The plan payments are increased to $505

per month for the remainder of the plan period

###