IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re*: | CHAPTER 13 |
| KENNETH M. MCADAMS, | CASE NO. 08-81291 |
| DEBTOR. | Honorable Thomas L. Perkins |

## MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7 OR FOR DISMISSAL

NOW COMES IPAVA STATE BANK ("Creditor"), by Graciela Mata Zamudio of Howard & Howard Attorneys PLLC, and hereby moves to convert this Chapter 13 bankruptcy case to Chapter 7 or to dismiss the Chapter 13 case pursuant to Section 1307(c) of the Bankruptcy Code, and in support thereof, the Creditor respectfully represents as follows:

1. That on May 14, 2008, the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Creditor is the holder of a perfected secured claim which is secured by a mortgage lien on residential real estate occupied by the Debtor and certain motor vehicles and trailer.

3. Pursuant to Section 1307(c) of the Bankruptcy Code, upon request by a party in interest, the court may dismiss or convert a Chapter 13 case to Chapter 7 by reason of the Debtors' failure to make timely payments under the Chapter 13 plan. *In re Gomes,* 26 B.R. 124 (Bankr. D.R.I. 1983).

4. The Debtor has failed to make payments pursuant to the Chapter 13 Plan. Specifically, the Plan provides that the Debtor make payments directly to the Creditor beginning

1759273v1

with the first post-petition payment due after filing the bankruptcy.  Creditor has not received the required payments from the Debtor.

WHEREFORE, IPAVA STATE BANK, requests that upon hearing of the Motion, the Court grant the Motion to Convert or Dismiss, and that it have such other and further relief as is just.

DATED:      March 4, 2011

                                       IPAVA STATE BANK

                                       S/Graciela Mata Zamudio
                                       Graciela Mata Zamudio, ARDC#6295568
                                       Attorneys for Creditor
                                       Howard & Howard Attorneys PLLC
                                       211 Fulton Street, Suite 600
                                       Peoria, Illinois 61602
                                       Telephone:     (309) 672-1483
                                       Facsimile:      (309) 672-1568
                                       Email: gzamudio@howardandhoward.com

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on March 4, 2011, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Sumner Bourne

Andrew W. Covey

Chapter 13 Trustee

U.S. Trustee

I also certify that a true and correct copy of the foregoing document was served by First Class United States Mail, postage prepaid, on March 4, 2011, to the following non-CM/ECF participant(s):

- Kenneth M. McAdams
  P.O. Box 251
  Cuba, IL  61427

                        S/ Graciela Mata Zamudio
                        Graciela Mata Zamudio, ARDC#6295568
                        Attorney for Creditor
                        Howard & Howard Attorneys PLLC
                        211 Fulton Street, Suite 600
                        Peoria, Illinois 61602
                        Telephone:    (309) 672-1483
                        Facsimile:    (309) 672-1568
                        Email: GZamudio@howardandhoward.com