IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| McADAMS, KENNETH | ) Bk. No. 08-81291 |
| | ) |
| Debtor. | ) Chapter 13 |

## RESPONSE TO MOTION FOR CONVERSION

Now comes the above-named Debtor by his Attorney, SUMNER A. BOURNE, and hereby responds to the Motion for Conversion filed by the Creditor, IPAVA STATE BANK ("Movant"), and states as follows:

1. Movant is the holder of a secured claim being paid "outside" the plan.

2. The alleged default under the plan is for these "outside" the plan payments.

3. The confirmed plan is a high percentage plan to unsecured claimholders; it would not be in the best interests of creditors for the case to be converted to Chapter 7.

4. Movant has an alternate and superior remedy to protect its rights – specifically a motion seeking to modify the automatic stay.

WHEREFORE, Debtor requests that the motion be DENIED, and for such further and other relief.

Respectfully Submitted,

SUMNER A. BOURNE
Rafool, Bourne & Shelby, P.C.
1600 Associated Bank Plaza
411 Hamilton Blvd.
Peoria, IL  61602
Telephone: (309) 673-5535            BY:   /s/   Sumner A. Bourne
                                                One of Attorneys for Debtor

<u>CERTIFICATE OF SERVICE</u>

      The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system upon the following parties:

          Michael D. Clark

          Graciela Mata Zamudi


Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600        BY:   /s/ Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535