## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:                                          )        CASE NO.
 MCADAMS, KENNETH M.                            )          08-81291
                                                )
    Debtor(s)                                   )
                                                )

## MOTION TO DISMISS

Comes now your Trustee and states that the Debtor is in default under terms of the plan and

the payments required by the plan have not been made as debtor is deceased.


Wherefore your Trustee prays that these proceedings be dismissed as provided in Section

1307 - (c)(1) of the Bankruptcy Code and that time be set for your Trustee to make a Final

Report of his receipts and disbursements of this proceedings and further that a time and place be

set for examination and confirmation of such report.


  /s/ Michael D. Clark
MICHAEL D. CLARK, TRUSTEE

## PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons by First class postage or by having hand-delivered same, on this day, June 15, 2011.

Mr. Kenneth McAdams
P.O. Box 251
Cuba, IL 61427

  /s/ Michael D. Clark
        Michael D. Clark
        Trustee