Form 13hrgobj

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Kenneth M. McAdams             *Case No.:* 08–81291
*Debtor*

*Chapter:* 13

---

**HEARING AND OBJECTION DATE NOTICE RE: MOTION TO DISMISS CHAPTER 13**

**Notice is hereby provided:**

On **06/15/2011**, the Chapter 13 Trustee filed a motion to dismiss this case for the following reason:

- ☐ Failure on the part of the debtor(s) to make the required monthly payments.
- ☐ the plan is no longer viable.
- ☑ Other: The debtor is deceased, and therefore, unable to make plan payments.

**If you do not want the Court to dismiss your case,** you or your attorney must file a written objection on or before **7/8/11.** Failure to file a written response by this date will result in dismissal without further notice or hearing.

**If an objection or response is filed, it will be heard on 7/25/11 at 02:15 PM in Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602. This will be your only notification of the hearing.** This hearing will remain on the calendar until such time as the case is dismissed or the trustee withdraws the motion.

Dated: 6/15/11

                                    Pamela C. Sherry
                                    Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.